**Order entered May 21, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01278-CV

**DENNIS JAMES POLEDORE, JR., Appellant**

**V.**

**CHERI YOLANDA DANIEL, Appellee**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-10565**

## ORDER

Before the Court is appellee's May 20, 2019 second motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **May 31, 2019**. We caution appellee that further extension requests will be disfavored.

/s/     KEN MOLBERG
        JUSTICE